

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2015

No. 04-15-00337-CR

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

On June 2, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and has determined that it is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

In addition, relator filed a motion requesting additional time in which to file a motion for rehearing in this court in the event of an adverse ruling on his petition. Relator's motion is GRANTED. Any motion for rehearing with respect to this court's order may be filed by September 14, 2015.

It is so **ORDERED** on July 31, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2008CRR000657 D1, 2008CRR000662 D1, 2008CRR000665 D1, styled *The State of Texas v. Abelardo Gerardo Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.